1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

| JAMES HILL, | No. C 13-4569 MEJ (pr) |

7

                    Plaintiff,                     **ORDER OF TRANSFER**

8

          v.

9

CDCR, et al.,

10

                    Defendants.

11                                                    /

12

13          Plaintiff, a California prisoner incarcerated at Pleasant Valley State Prison, has filed

this civil rights action under 42 U.S.C § 1983 against medical staff at Mule Creek State

14
Prison and Pleasant Valley State Prison regarding medical care he received at those facilities.

15
Mule Creek State Prison is located in Ione, California within Amador County, which is

16
within the venue of the United States District Court for the Eastern District of California.

17
Pleasant Valley State Prison is located in Coalinga, California within Fresno County, which

18
is also within the venue of the United States District Court for the Eastern District of

19
California.  Plaintiff alleges that the Defendants work in Amador and Fresno Counties,

20
California.  Venue, therefore, properly lies in the Eastern District and not in this one. <u>See</u> 28

21
U.S.C. § 1391(b).

22
         Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action

23
is TRANSFERRED to the United States District Court for the Eastern District of California.

24
The Clerk of the Court shall terminate all pending motions and transfer the case forthwith.

25
         IT IS SO ORDERED.

26
DATED:       OCTOBER 29, 2013

27
                                                    Maria-Elena James

28
                                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California